**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Michael Gregory Petty v. The State of Texas

Appellate case number:   01-12-00902-CR & 01-12-00903-CR

Trial court case number: 1271999 & 1272000

Trial court:             351st District Court of Harris County

In the above referenced appeals, the following two videotapes were admitted into evidence at trial: (1) "Scene Video," State's Exhibit No. 71, and (2) "Hawkeye Video," State's Exhibit No. 79.

The Harris County District Clerk, or the court reporter if the exhibits are still in his or her possession, is directed to send the original of (1) State's Exhibit No. 71, "Scene Video," and (2) State's Exhibit No. 79, "Hawkeye Video," to this Court. The Clerk of this Court is directed to cooperate with the district clerk and/or the court reporter to provide for the safekeeping, transportation, and return of such exhibits. *See* TEX. R. APP. P. 34.6(g)(2).

The exhibits are due in this Court no later than December 2, 2013.

It is so ORDERED.

Judge's signature:  /s/ Laura Carter Higley
                    Acting individually

Date:  November 22, 2013